UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOTEI DJANE, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:16-1091 |
| v | : | |
| | | (JUDGE MANNION) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : | |
| | : | |
| Respondent | | |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DENIED** without prejudice to Petitioner filing another §2241 petition should he develop good reason to believe that removal is no longer reasonably foreseeable.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: August 15, 2016
O:\Mannion\shared\MEMORANDA - O.\CIVIL MEMORANDA\2016 MEMORANDA\16-1091-01-order.wpd